16293.   HILL *v.* BENNETT, superintendent of banks.

BLOODWORTH, J.   1. There is no merit in the ground of the motion for a new trial which alleges that the court erred in excluding from the jury certain testimony.

2. The court properly directed a verdict for the plaintiff.

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 14, 1925.

Complaint; from city court of Nashville—Judge W. R. Smith. January 29, 1925.

*Hendricks & Hendricks,* for plaintiff in error.

*Dewey Knight,* contra.